# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

THE VEIN & VASCULAR INSTITUTE OF
SPRING HILL, PLLC; THOMAS M. KERR,
individually, and doing business as THE VEIN &
VASCULAR INSTITUTE OF TAMPA BAY; and
THOMAS M. KERR, M.D., P.A.,

Appellants,

v.

MARK GOCHENOUR,

Appellee.

No. 2D23-584

_____

February 16, 2024

Appeal from the Circuit Court for Hillsborough County; Rex M. Barbas,
Judge.

Guy M. Burns and Gary Ragnar Von Stange of Johnson, Pope, Bokor,
Ruppel & Burns, LLP, St. Petersburg; and Sharon E. Krick of Johnson,
Pope, Bokor, Ruppel & Burns, LLP, Clearwater, for Appellants.

David M. Caldevilla of de la Parte, Gilbert, McNamara & Caldevilla, P.A.,
Tampa; J. Daniel Clark of Clark Martino, P.A., Tampa, and Christopher
S. Polaszek of The Polaszek Law Firm PLLC, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

SILBERMAN, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.